911 A.2d 67

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN HOWARD, DEFENDANT–PETITIONER.

November 22, 2006.

ORDERED that the petition for certification is granted, limited solely to defendant's extended-term sentence. On that issue, the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).